RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ALLIE WILSON
Assistant Federal Public Defender
New York State Bar No. 5479597
200 S. Virginia Street, Suite 340
Reno, Nevada 89501
(775) 321-8451/Tel.
(702) 388-6261/Fax
Allie_Wilson@fd.org

Attorney for ALEXANDER CESPEDES GONZALEZ

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:25-CR-00069-GMN-EJY |
| Plaintiff, | **MOTION TO VACATE CHANGE OF PLEA HEARING** |
| v. | |
| ALEXANDER CESPEDES GONZALEZ, | |
| Defendant. | |

Alexander Cespedes Gonzalez, by and through counsel, Assistant Federal Public Defender Allie Wilson, moves to vacate the change of plea hearing, currently scheduled for March 18, 2026 at 2PM. Mr. Cespedes Gonzalez previously notified the Court of his intent to plead guilty without a plea agreement. The Court scheduled a change of plea hearing. However, the defense requires additional time prior to scheduling any change of plea hearing.

Mr. Cespedes Gonzalez stipulated to a continuance of the trial date. Trial in this matter is now scheduled for June 15, 2026, with calendar call scheduled on June

9, 2026. The defense will inform the Court of Mr. Cespedes Gonzalez's intentions regarding trial at a later date.

Dated March 4, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Allie Wilson*

Allie Wilson
Assistant Federal Public Defender

**IT IS SO ORDERED.**

**DATED** this __12__ day of March, 2026.

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

2